# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Ernest Benjamin Leyva

**BANKRUPTCY NO.** 6:16–bk–17723–MH

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–1153
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 10/6/16

**Address:**
9426 Friant Street
Rancho Cucamonga, CA 91730

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: October 6, 2016

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**13 / MOS**